(119 So. 919)

### Jack BUSBY v. STATE. (1 Div. 785.)

Court of Appeals of Alabama. Nov. 20, 1928.

Rehearing Stricken Dec. 11, 1928.

SAMFORD, J. Affirmed.

(123 So. 924)

### Joe BYRD v. STATE. (8 Div. 894.)

Court of Appeals of Alabama. June 25, 1929.

Nathan, Nathan & Nathan, of Sheffield, for appellant.

Charlie C. McCall, Atty. Gen., for the State.

SAMFORD, J. Defendant was convicted on a charge of unlawfully possessing a still. The corpus delicti was proven, but there is no evidence connecting this defendant with the possession of the still. The defendant was entitled to the general affirmative charge. Clark v. State, 18 Ala. App. 217, 90 So. 16; Koonce v. State, 18 Ala. App. 438, 93 So. 214; Knight v. State, 19 Ala. App. 296, 97 So. 163.

The judgment is reversed and the cause is remanded.

Reversed and remanded.

(125 So. 918)

### Oscar CABINESS v. STATE. (6 Div. 702.)

Court of Appeals of Alabama. Jan. 21, 1930.

SAMFORD, J. Affirmed.

(127 So. 917)

### Joe CAIN v. CITY OF PHENIX CITY.
### 4 Div. 630.

Court of Appeals of Alabama.
March 27, 1930.

PER CURIAM.
Appeal dismissed for want of prosecution.

(128 So. 914)

### Len CALDWELL v. STATE.
### 8 Div. 45.

Court of Appeals of Alabama.
May 27, 1930.

RICE, J.
Affirmed.

(128 So. 914)

### Harry E. CALLOWAY v. CITY OF MOBILE.
### 1 Div. 966.

Court of Appeals of Alabama.
May 5, 1930.

PER CURIAM.
Appeal dismissed on motion of appellant.

(124 So. 920)

### Duncan CAMERON v. STATE. (4 Div. 526.)

Court of Appeals of Alabama. Nov. 12, 1929.

RICE, J. Affirmed.

(125 So. 918)

### Wheeler CAMPBELL v. STATE. (8 Div. 952.)

Court of Appeals of Alabama. Jan. 28, 1930.

BRICKEN, P. J. Appeal dismissed.

(123 So. 924)

### Will CAMPBELL v. STATE. (7 Div. 560.)

Court of Appeals of Alabama. June 18, 1929.

RICE, J. Affirmed. See, also, 22 Ala. App. 493, 117 So. 396.